Chief Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> WILLIAM L. GALE, <br> Defendant. | NO. MJ19-603 <br><br> COMPLAINT FOR VIOLATIONS <br><br> 18 U.S.C. §§ 922(g)(1) |

BEFORE, Chief United States Magistrate Judge, Brian A. Tsuchida, Seattle, Washington.

The undersigned complainant, Jeffrey Sharp, Task Force Officer, Federal Bureau of Investigation (FBI), being duly sworn states:

### COUNT ONE

### (Felon in Possession of a Firearm)

On or about November 17, 2019, in the City of Seattle, within the Western District of Washington, WILLIAM L. GALE, knowing that he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

a. *Unlawful Possession of a Firearm,* under cause number 11-1-06829-0, in King County Superior Court, on or about October 28, 2011;

b. *Assault in the Third Degree-DV*, under cause number 11-1-06829-0, in King County Superior Court, on or about October 28, 2011;

    c. *Felony Harassment-DV*, under cause number 11-1-06829-0, in King County Superior Court, on or about October 28, 2011;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock 9mm caliber handgun, said firearm having been shipped and transported in interstate and foreign commerce.

    All in violation of Title 18, United States Code, Section 922(g)(1).

    This Complaint is based upon the following information:

## INTRODUCTION

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I was hired in 1998. I entered the Washington State Academy in November 1998, and graduated in February 1999 with the necessary hours of training completed. After completing the mandatory three months of student officer training, I began my career with the SPD North Precinct in the patrol division. I worked in that capacity from 1999 until 2007. From 2007 until 2014, I was assigned to the SPD North Precinct Anti- Crime Team. From 2014 until the present, I have been assigned as a detective in the Seattle Police Gang Unit. I have been a Task Force Officer assigned to the FBI Safe Streets Task Force since 2017.

3. This affidavit is made based upon my personal knowledge, training, experience and investigation, as well as upon information provided to me and my review of reports prepared by other law enforcement personnel. This affidavit is made for the purpose of establishing probable cause for this Complaint and thus does not include each and every fact known to me concerning this investigation.

## SUMMARY OF INVESTIGATION

4. On Sunday, November 17, 2019, SPD Officer Pecore #8331 was conducting routine patrol in the East Precinct Pike/ Pine corridor. Part of this area was

the Mud Bay, located at 1526 Broadway. Officer Pecore described this parking lot as an area known to have high gang and narcotic activity.

5. Officer Pecore was walking through the parking lot and observed a firearm in the passenger seat rear pocket of a red Dodge Charger with Washington license plate BPP0765. Officer Pecore took a closer look at the firearm, noted that it appeared to be a semi-automatic pistol with an extended clear magazine. He could see that the clear magazine was loaded with rounds of ammunition. Officer Pecore decided to keep the vehicle under observation and to make contact with any occupants for a suspected SMC 12A.14.140 Unlawful Carrying of a Pistol violation. Officer Pecore kept watch over the vehicle from approximately 0136 hours until 0208 hours, when a male, later identified as WILLIAM L. GALE, walked toward the vehicle. Officer Pecore watched as GALE opened the driver's side door. Officer Pecore detained GALE as he investigated the firearm offense. At the time of his detention, GALE had the vehicle keys in his right hand as he was being handcuffed. Officer Pecore then conducted a records check of GALE and discovered that GALE had prior felony convictions for Unlawful Possession of a Firearm, Assault in the Third Degree and Felony Harassment. Each of the offenses carried a potential maximum sentence in excess of 12 months. During a search of GALE incident to arrest, Officer Pecore located a holstered Glock 26 pistol with an extended 30 round magazine in his waistband. The pistol had a round in the chamber and an additional 25 rounds in the extended magazine. On 11/19/2019, at approximately 1400 hours, the Glock 26 was test fired and was found to be an operable firearm.

6. I subsequently reviewed GALE's criminal history. Specifically, I reviewed the Judgment and Sentence for cause number 11-1-06829-0 KNT. GALE was present for the sentencing hearing and he not only signed the order imposing a sentence in excess of twelve months, he also attached his fingerprints to the order. Additionally, he signed an appendix to the order acknowledging that he was ineligible to possess a firearm because of his felony convictions.

COMPLAINT / U.S. v. William L. Gale - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. SA Catherine Cole, who is a trained and certified ATF Interstate Nexus Agent, opined that the Glock model 26 pistol, chambered in 9mm (serial number: TMH869), was not manufactured in the State of Washington and, therefore, it must have crossed into Washington from another State.

## CONCLUSION

8. Based on the foregoing, I respectfully submit that there is probable cause to believe that WILLIAM L. GALE committed the offense alleged above.

_____
JEFFREY SHARP, AFFIANT
Task Force Officer, FBI

The above-named agent provided a sworn statement attesting to the truth of the contents of the forgoing affidavit on the 17th day of December 2019. The Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge