The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>WILLIAM L. GALE,<br><br>               Defendant. | NO. CR20-04 RAJ<br><br>ORDER GRANTING LEAVE TO FILE AN OVERLENGTH BRIEF |

THE COURT having considered the Government's Motion for Leave to File an Overlength Brief, and finding good cause,

IT IS HEREBY ORDERED the Government's Motion (Dkt. #28) is GRANTED. The Government is permitted to file a response to the Defense Motion for De Novo Review of Detention Order and for Release on an Appearance Bond with Special Conditions that is seventeen pages in length.

DATED this 24th day of April, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING LEAVE TO FILE AN OVERLENGTH BRIEF - 1
*United States v. Gale*, CR20-04 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970