The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>WILLIAM L. GALE,<br><br>            Defendant. | CASE NO. CR20-0004-RAJ<br><br>ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE |

Having considered the record and the government's April 27, 2020, motion, and General Orders 02-20 and 07-20, among others, for the Western District of Washington, the Court FINDS that trial in this case cannot proceed on the currently scheduled date of June 15, 2020. For the reasons detailed in the government's motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the Government's motion (Dkt. #32) is GRANTED. The trial date of June 15, 2020 is VACATED. The parties shall participate in a status conference on **July 24, 2020, at 1:30 p.m.** The purpose of the status conference will be discuss a date on which the trial can be scheduled and take place without any potential impact on the health of all participants or the community.

1       IT IS FURTHER ORDERED that the time between the date of the filing of the parties'
2  joint motion and the status hearing of July 24, 2020, shall be excludable time pursuant to 18
3  U.S.C. § 3161.
4       DATED this 11th day of May, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER VACATING TRIAL DATE
AND SETTING STATUS CONFERENCE
*United States v. Gale*, CR20-0004RAJ- 2