HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-004-RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| WILLIAM GALE, | |
| Defendant. | |

THE COURT, having considered the unopposed motion to extend the deadline for pretrial motions, and finding good cause, GRANTS the motion (Dkt. #39).

IT IS ORDERED that the due date for pretrial motions is extended from May 29, 2020 to July 6, 2020.

DATED this 1st day of June, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*USA v. Gale* / CR20-004-RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100