The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>WILLIAM GALE,<br><br>                    Defendant. | CASE No.  CR20-04 RAJ<br><br>ORDER EXTENDING<br>BRIEFING SCHEDULE |

Having considered the government's Unopposed Motion to Extend Time to Respond to Defendant's Motion for Release Pursuant to 18 U.S.C. 3164, Dkt. 43, the Court ORDERS:

The government's unopposed motion (Dkt. #44) is GRANTED.  The government shall file its responsive brief by October 8, 2020.  The defendant should file his reply, if any, by October 9, 2020, and the motion is renoted for October 9, 2020.

DATED this 30th day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING BRIEFING SCHEDULE
*United States v. Gale,* CR20-04 RAJ - 1