HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 20-004 RAJ |
| Plaintiff, ) | ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR RELEASE FROM DETENTION |
| v. ) | |
| WILLIAM GALE, ) | |
| Defendant. ) | |

THE COURT has considered Defendant William Gale's Motion for Release from Detention. Having considered the motion, the detention order, the response from the government, and the records and files herein, the Court finds as follows:

Counsel for Defendant has notified the Court that because a firm trial date has now been set of December 7, 2020, Defendant agrees to entry of an order denying his motion for release from detention without prejudice to being renewed should his trial date be stricken or continued.

Accordingly, IT IS NOW ORDERED that Defendant's Motion for Release from Detention (Dkt. #43) is DENIED without prejudice.

DATED this 16th day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER
(*William Gale*, CR 20-004 RAJ.) - 1