JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM GALE,<br><br>　　　　Defendant. | No. CR20-004-RAJ<br><br>ORDER GRANTING MOTION TO PROCEED BY VIDEO CONFERENCE FOR THE CHANGE OF PLEA |

THE COURT has considered Defendant's Unopposed Motion to Proceed with a Guilty Plea Hearing by Video Conference, along with the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in Defendant's motion and that a video guilty plea hearing may take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice," *see* General Order Nos. 04-20 (3/30/20) and 15-20 (10/2/20).  Accordingly,

THE COURT ORDERS that Defendant's unopposed motion (Dkt. #51) is GRANTED.  The parties may proceed with a plea hearing by video conference, consistent with current procedures established by this Court. The parties are directed to schedule a plea hearing to be held via videoconference before the criminal-duty magistrate judge at a mutually acceptable date and time.

DATED this 28th day of October, 2020.

*Richard A. Jones*
———————————————
The Honorable Richard A. Jones
United States District Judge