The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILIAM L. GALE, <br><br> Defendant. | No. CR20-04 RAJ <br><br> FACTUAL BASIS FOR PLEA TO *FELON IN POSSESSION OF A FIREARM* AS CHARGED IN THE INDICTMENT |

The defendant, William L. Gale, is charged by Indictment with one count of *Felon in Possession of a Firearm* in violation of 18 U.S.C. § 922(g)(1). He intends to enter a plea of guilty as charged. The following facts are admitted by the defendant as a factual basis for his guilty plea.

1.   My true name is William L. Gale, and I am the defendant in this case.

2.   As of November 17, 2019, I had been convicted of the following Washington State offenses, each of which is a felony punishable by more than one year in prison:

   a.   *Unlawful Possession of a Firearm*, under cause number 11-1-06829-0, in King County Superior Court, on or about October 28, 2011;

   b.   *Assault in the Third Degree-DV*, under cause number 11-1-06829-0, in King County Superior Court, on or about October 28, 2011; and

*United States v. Gale* / CR20-04 RAJ
Factual Basis for Guilty Plea - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    c. *Felony Harassment-DV*, under cause number 11-1-06829-0, in King County Superior Court, on or about October 28, 2011.

3. I pled guilty to these three offenses on October 5, 2011. At the hearing where I pled guilty, I was informed that the maximum sentence for each of these three offenses was five years, and that my guidelines range was 12 months and a day to 16 months in prison. I was also informed at that hearing that my guilty pleas to these offenses would preclude me from lawfully possessing a firearm.

4. I was present at my sentencing for these three offenses on October 28, 2011. I was again told that the guidelines range was 12 months and a day to 16 months in prison, and I was in fact sentenced to 12 months and a day in prison, and served that sentence. I signed the Judgment and Sentence in open court. I was also informed again that these convictions prevented me from lawfully possessing a firearm, and I signed a document in open court acknowledging that fact. I knew that I had been convicted of a crime punishable by more than one year in prison.

5. On November 17, 2019, Seattle Police Department Officer Jason Pecore was walking through a parking lot in the East Precinct of Seattle. Officer Pecore was looking into car windows. He lawfully looked into the window of a car I rented. According to his body camera video, Officer Pecore looked into the window from outside and saw in open view a handgun in the map pocket of the rear passenger-side seat.

6. About 30 minutes later, I returned to the car. I unlocked the car with a key fob and the lights flashed. I opened the driver's door to get in. Officer Pecore approached and lawfully detained me to investigate. At about this time, another individual attempted to get into the car using the rear passenger door. My understanding was that the police did not let him into the car and he was allowed to leave. I told Officer Pecore my name. Officer Pecore ran my name and determined that I am a convicted felon. Officers then lawfully arrested me for felon in possession of a firearm.

*United States v. Gale* / CR20-04 RAJ
Factual Basis for Guilty Plea - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7.     I was then searched incident to arrest. Officer Pecore located a handgun in my waistband. It was a Glock handgun with an extended magazine. The gun was loaded with 25 rounds, and there was another in the chamber.

8.     ATF Special Agent Cathering Cole, a firearms examiner and nexus expert, examined the Glock pistol; she confirmed that it was a firearm as defined by federal law, and was manufactured in Austria before being imported into the United States by Glock, Inc. in Georgia.

9.     On November 17, 2019, I knowingly possessed a firearm: a Glock 9mm caliber handgun, serial number TMH869, being the firearm that I was carrying in my waistband.  I acknowledge that the firearm I possessed had an extended magazine and that it had been shipped or transported from one state to another, or between a foreign nation and the United States, before I possessed it on November 17, 2019. And, at the time I possessed the firearm, I knew I had been convicted of a crime punishable by imprisonment for a term exceeding one year.

DATED this 27th day of October, 2020.

                                 */s/ William L. Gale*
                                 WILLIAM L. GALE
                                 Defendant

Submitted by:

*/s/ Jesse Cantor*
Jesse Cantor
Counsel for William L. Gale

*United States v. Gale* / CR20-04 RAJ
Factual Basis for Guilty Plea - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970