HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM L. GALE,<br><br>Defendant. | NO. CR20-004-RAJ<br><br>PRELIMINARY<br>ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Preliminary Order of Forfeiture ("Motion") seeking to forfeit, to the United States, the Defendant William L. Gale's interest in the following property:

    One Glock 9mm caliber handgun, serial number TMH869, and any associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Preliminary Order of Forfeiture is appropriate because:

- The Defendant has admitted this firearm was involved in his commission of Felon in Possession of a Firearm (Dkt. No. 58, ¶¶ 7 & 9); and,
- As a result, this firearm, and any associated ammunition, are forfeitable pursuant to 18 U.S.C. § 924(d)(1) by way of 28 U.S.C. § 2461(c).

Preliminary Order of Forfeiture - 1
*United States v. Gale,* CR20-004-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), the Defendant's interest in the above-identified firearm, and any associated ammunition, is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Preliminary Order will be final as to the Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

3) The Department of Justice and/or its authorized agents or representatives ("DOJ") shall maintain the above-identified firearm, and any associated ammunition, in its custody and control until further order of this Court;

4) Pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n), the United States shall publish notice of this Preliminary Order and its intent to dispose of the firearm, and any associated ammunition, as permitted by governing law. The notice shall be posted on an official government website – www.forfeiture.gov – for at least thirty (30) days. For any person known to have alleged an interest in the firearm and any associated ammunition, the United States shall, to the extent possible, provide direct written notice to that person. The notice shall state that any person, other than the Defendant, who has or claims a legal interest in the firearm and any associated ammunition must file a petition with the Court within sixty (60) days of the first day of publication of the notice (which is thirty (30) days from the last day of publication), or within thirty (30) days of receipt of direct written notice, whichever is earlier. The notice shall advise all interested persons that the petition:

   a. shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the firearm and any associated ammunition;

   b. shall be signed by the petitioner under penalty of perjury; and,

   c. shall set forth the nature and extent of the petitioner's right, title, or interest in the firearm and any associated ammunition, as well as any facts supporting the petitioner's claim and the specific relief sought.

Preliminary Order of Forfeiture - 2
*United States v. Gale,* CR20-004-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5) If no third-party petition is filed within the allowable time period, the United States shall have clear title to the firearm and any associated ammunition, and this Preliminary Order shall become the Final Order of Forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2);

6) If a third-party petition is filed, upon a showing that discovery is necessary to resolve factual issues it presents, discovery may be conducted in accord with the Federal Rules of Civil Procedure before any hearing on the petition is held. Following adjudication of any third-party petitions, the Court will enter a Final Order of Forfeiture, pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n), reflecting that adjudication; and,

7) The Court will retain jurisdiction for the purpose of enforcing this Preliminary Order, adjudicating any third-party petitions, entering a Final Order of Forfeiture, and amending the Preliminary Order or Final Order as necessary pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED.

DATED this 29th day of January, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Preliminary Order of Forfeiture - 3
*United States v. Gale,* CR20-004-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970