HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-004-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| WILLIAM GALE, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the Court on Defendant's motion to file Exhibit A to his sentencing memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the Defendant's Motion to Seal (Dkt. # 68) is GRANTED. Exhibit A to the sentencing memorandum shall remain under seal.

DATED this 5th day of February, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENT
(*USA v. Gale* / CR20-004-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100